# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ORANDI,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUTRADE L.L.C.,<br><br>        Defendant. | Case No. 1:25-cv-01245-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT TRUTRADE L.L.C.<br><br>**THIRTY-FIVE DAY DEADLINE** |

      Plaintiffs commenced this action on September 19, 2025. (ECF No. 1.) On October 22, 2025, the Clerk of the Court entered default against Defendant TruTrade L.L.C. (ECF Nos. 6, 7.)

      Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D. Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, a plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir. 1991) (cleaned up).

      As Defendant TruTrade L.L.C., is in default, the Court will set a deadline for a motion for

default judgment to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty-five (35) days** from the date of entry of this order, Plaintiff shall file a motion for default judgment against Defendant TruTrade L.L.C.; and

2. Plaintiff is advised that the failure to comply with this order may result in a recommendation that the claims against this defendant be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:  **October 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2