# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ORANDI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUTRADE L.L.C.,<br><br>　　　　Defendant. | Case No. 1:25-cv-01245-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING REGARDING DIVERSITY JURISDICTION<br><br>**JANUARY 15, 2026 DEADLINE**<br><br>(ECF No. 1) |

On November 12, 2025, Plaintiff moved for default judgment following entry of default by the Clerk of the Court. (ECF No. 13.) The Court held a hearing on the motion on December 17, 2024. (ECF No. 14.) In conducting its analysis of whether Plaintiff's motion for default judgment should be granted, it has come to the Court's attention that Plaintiff has not sufficiently pled diversity jurisdiction under 28 U.S.C. § 1332(a). See Valdez v. Allstate Ins. Co., 372 F.3d 1115, 1116 (9th Cir. 2004) (noting federal courts are "obligated to consider *sua sponte* whether [they] have subject matter jurisdiction").

Plaintiff alleges that Defendant TruTrade LLC is organized under the laws of Nevada and has its principal place of business in Nevada. (ECF No. 1, ¶ 2.) However, "[a]n LLC's principal place of business [or] state of organization is irrelevant" for the purposes of diversity jurisdiction. Buschman v. Anesthesia Bus. Consultants LLC, 42 F. Supp. 3d 1244, 1248 (N.D. Cal. 2014). Rather, a limited liability company "is a citizen of every state of which its owners/members are citizens." Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). Thus, to establish diversity jurisdiction, Plaintiff must allege the citizenship of

each member of Defendant TruTrade LLC.

Accordingly, the Court DIRECTS Plaintiff to file supplemental briefing, including a declaration or affidavit if necessary, **within seven (7) days** of entry of this order addressing whether complete diversity exists.  If Plaintiff fails to submit supplemental briefing by this deadline, the Court will consider the motion for default judgment based on the complaint as presently pleaded.

IT IS SO ORDERED.

Dated:   **January 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge