# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ORANDI, | Case No. 1:25-cv-01245 JLT SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| TRUTRADE L.L.C., | |
| Defendant. | |

On November 12, 2025, Plaintiff filed a motion for default judgment. (Doc. 13.) The assigned magistrate judge issued findings and recommendations denying Plaintiff's motion. (Doc. 19.) The parties were advised that any objections were due within 14 days and that the "failure to file objections within the specified time may result in the waiver of right to challenge the magistrate's factual findings on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Plaintiff filed objections on February 12, 2026. (Doc. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. The Findings and Recommendations are supported by the record and by proper analysis. The Court declines to consider the supplemental materials attached to plaintiff's objections, which he did not submit to the magistrate judge in connection with his motion. These materials are better presented in support of a renewed or supplemental motion for default judgment before the magistrate judge. Thus, the Court **ORDERS**:

/ / /

1. The Findings and Recommendations (Doc. 19), are **ADOPTED** in full.

2. Plaintiff's motion for default judgment (Doc. 13) is **DENIED**.

IT IS SO ORDERED.

Dated: __**March 9, 2026**__

UNITED STATES DISTRICT JUDGE