# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ORANDI,<br><br>        Plaintiff,<br><br>      v.<br><br>TRUTRADE L.L.C.,<br><br>        Defendant. | Case No. 1:25-cv-01245-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT<br><br>**DEADLINE: APRIL 10, 2026** |

Plaintiff Adam Orandi initiated this action on September 19, 2025, against Defendant TruTrade L.L.C. (ECF No. 1.) On November 12, 2025, Plaintiff filed a motion for default judgment. (ECF No. 13.) On January 29, 2026, the Court issued findings and recommendations that the motion be denied without prejudice due to improper service and lack of subject matter jurisdiction. (ECF No. 19.) The District Judge subsequently adopted the findings and recommendations in full and denied the motion for default. (ECF No. 21.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

In light of the District Judge's adoption of the findings and recommendations, IT IS HEREBY ORDERED that **no later than April 10, 2026**, Plaintiff shall file a status report regarding the status of this action.  Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **March 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge