# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ORANDI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUTRADE L.L.C.,<br><br>　　　　Defendant. | Case No.  1:25-cv-01245-JLT-SAB<br><br>ORDER STRIKING DEFENDANT'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 28) |

Before the Court is Defendant's untimely opposition to Plaintiff's renewed motion for default judgment.  (ECF No. 28.)  Plaintiff filed the renewed motion for default judgment on April 8, 2026. (ECF No. 23.)  Pursuant to the Local Rules, an opposition to a motion shall be filed and served no later than fourteen (14) days after the motion was filed.  L.R. 230(c). Defendant's opposition was therefore due no later than April 22, 2026; however, it was not filed until May 13, 2026.  Accordingly, the Court STRIKES Defendant's opposition as untimely.  Any request to set aside the entry of default must be made by motion.  (See Fed. R. Civ. P. 55(c)).

IT IS SO ORDERED.

Dated:　**May 14, 2026**　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1