**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM ORANDI, | Case No. 1:25-cv-1245 JLT SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| TRUTRADE L.L.C., | |
| Defendant. | (Docs. 23, 30) |

Adam Orandi alleges claims against TruTrade L.L.C. for breach of contract, fraud, conversion, false advertising, and declaratory relief. (*See generally* Doc. 1.) The Clerk of Court entered default against TruTrade on October 22, 2025. (Doc. 7.) Plaintiff seeks default judgment against TruTrade. (Doc. 23.) Counsel for TruTrade appeared at the hearing on the motion and subsequently filed a motion to set aside entry of default. (Doc. 30.)

To evaluate whether to set aside the entry of default, the assigned magistrate judge considered the factors identified by the Ninth Circuit in *U.S. v. Signed Personal Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010). (Doc. 35 at 2-6.) The magistrate judge found the *Mesle* factors weigh in TruTrade's favor and there is good cause to set aside the entry of default. (*Id.*) Therefore, the magistrate judge recommended that the Court grant TruTrade's motion, set aside the entry of default, and deny Plaintiff's motion for default judgment as moot. (*Id.* at 6.)

1

The Court served the Findings and Recommendations upon all parties and notified them that any objections were due within 14 days.  (Doc. 35 at 6.)  The Court advised the parties the "failure to file any objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.  The Findings and Recommendations issued on (Doc. 35) are **ADOPTED** in full.

2.  Defendant's motion to set aside default judgment (Doc. 30) is **GRANTED**.

3.  The entry of default dated October 22, 2025 (Doc. 7) is **SET ASIDE**.

4.  Plaintiff's motion for default judgment (Doc. 23) is denied as **MOOT**.

5.  Defendant **SHALL** file a responsive pleading within 14 days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 1, 2026**

UNITED STATES DISTRICT JUDGE